Billy R. MANEY, Plaintiff–Appellant,

v.

TRIBAL CHILD SUPPORT ENFORCE-
MENT; Julia A. Maney, now known
as Julia A. Queen, Defendants–Appel-
lees.

No. 15–1808.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 22, 2015.

Billy R. Maney, Appellant Pro Se.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Billy R. Maney appeals the district
court's order dismissing for lack of subject
matter jurisdiction his challenge to a rul-
ing by the Cherokee Supreme Court. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Maney v. Tribal Child Support Enf't*, No.
1:15–cv–00121–MR–DLH (W.D.N.C. June

26, 2015). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*AFFIRMED.*